UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2376(JMR/RLE)

City of St. Cloud, Minnesota )
)
v. ) ORDER
)
Di Ma Corp. et al. )

Defendants Di Ma Corp., a Minnesota corporation, and Malcolm, Inc., a Minnesota corporation, are hereby ordered to appear before the Honorable James M. Rosenbaum, Chief U.S. District Judge on Wednesday, August 29, 2001, at 10:00 a.m., to show cause why they should not be held in contempt of this Court based on their failure to comply with the terms of the Court's July 31, 2001 Order.

Dated: August 23d, 2001

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
AUG 24 2001
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______