UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2376(JMR/RLE)

City of St. Cloud )
)
v. ) ORDER
)
Di Ma Corp. and Malcolm, Inc. )

Plaintiff seeks an Order holding defendants in contempt of court for their violation of this Court's Order dated July 31, 2001. Defendants ask the Court to amend the Order, state its direction with greater particularity, and stay its effective date, pending appeal.

The Court has received the parties' submissions and heard oral argument on August 29, 2001. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Plaintiff's motion for contempt is granted. The Court finds defendants in contempt for failing to abide by the Court's Order, dated July 31, 2001, enjoining them from operating their adult bookstore at a location in violation of city ordinance. [Docket No. 30.]

2. In order to assure compliance with the Order, the United States Marshal is hereby directed to place a seal on defendants' business located at 631 Highway 10 South in St. Cloud, Minnesota. This Order is not intended to punish defendants for their past contumely, but to assure compliance with this Court's Order of July

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED AUG 2 9 2001
DEPUTY CLERK'S INITIALS ______

31, 2001. The Marshal is to maintain its seal for a minimum of 29 days, the length of time defendants have placed themselves in contempt of the July 31, 2001, Order. The Court may modify its direction to the Marshal after the expiration of the 29 days. [Docket No. 30.]

3. Because defendants are presently in contempt, they come before the Court with unclean hands. The Court, therefore, declines to consider their motions for at least 29 days from the date of this Order. Thereafter, defendants may bring such motions they deem advisable.

4. This Order does not stay the time for appeal of the July 31, 2001, Order. [Docket No. 25.]

Dated: August 29th, 2001

JAMES M. ROSENBAUM
United States District Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500