UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2376 (JMR/RLE)

| | | |
|---|---|---|
| City of St. Cloud | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Di Ma Corp. and Malcolm, Inc. | ) | |

This matter is before the Court on defendant's motion for an order lifting the United States Marshal's seal placed on defendant's business pursuant to this Court's August 29, 2001, Order. The Court heard oral argument on October 25, 2001. Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendant's motion is granted.

2. The United States Marshal is directed to lift the seal placed on defendant's building and to provide defendants with access to the building.

3. This Court's August 29, 2001, Order remains in effect.

Dated: October 25th, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED OCT 26 2001
DEPUTY CLERK'S INITIALS ______

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500